UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARDELA DENIS ANDREA HARRIS,

            Petitioner,

   v.

ISRAEL JACQUEZ,

            Respondent.

Case No. C22-0899-JCC-TLF

ORDER

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's federal habeas corpus petition is DISMISSED without prejudice for failure to pay the filing fee;

(3) The Clerk is DIRECTED to send copies of this order to the parties and Judge Fricke.

DATED this 1st day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE